WILLIAM F MONCK, as Administrator of the Estate of WILLIAM F. MONCK, JR., Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Monck* v. *Brooklyn Heights R. R. Co.*, 97 App. Div. 447, affirmed.
(Argued October 9 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1904, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*John B. Stanchfield, I. R. Oeland* and *George D. Yeomans* for appellant.

*Isaac M. Kapper* and *Thomas E. Pearsall* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, VANN and WERNER, JJ. Dissenting: GRAY and HAIGHT, JJ. Absent: O'BRIEN, J.

---

WILLIAM STACKPOLE, as Administrator of the Estate of TIMOTHY STACKPOLE, Deceased, Appellant, *v.* JOHN H. WRAY, Respondent.

*Stackpole* v. *Wray*, 99 App Div 262, affirmed.
(Argued October 9, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Everett V Abbot* for appellant.

*Eugene Lamb Richards, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.